Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUL 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS BROWN,<br>            Petitioner,<br>      v.<br>BEN CURRY, Warden,<br>            Respondent. | Case No. CV 07-5758 GAF(JC)<br>(PROPOSED)<br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") is granted, and that the Petition and this action are dismissed with prejudice.

DATED: 7/24/08

                    HONORABLE GARY A. FEESS
                    UNITED STATES DISTRICT JUDGE